United States Court of Appeals
Fifth Circuit

**F I L E D**

May 9, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60633
Summary Calendar

SERGIO PARRA-ROMERO,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 607 744
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Sergio Parra-Romero, a native and citizen of Mexico, appeals the decision of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b. Because cancellation of removal is governed by § 1229b, the jurisdictional bar of 8 U.S.C. § 1252(a)(2)(B)(i) applies in the instant case. This court lacks jurisdiction to review the Attorney General's discretionary decision regarding cancellation of removal. See Rueda v. Ashcroft, 380 F.3d 831, 831 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2004); § 1229b(b); § 1252(a)(2)(B)(i).  The petition for review is DISMISSED.